IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Timothy Scully,  )
        *Debtor*  )  Case No. 18-20034 GLT
          )  Chapter 13
    Timothy Scully,  )
        *Movant*  )  Related to Dkt. No. 9
      )
    No Respondents  )

FILED
1/22/18 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, to wit, this  22nd  day of    January        , 2017, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Timothy Scully is hereby granted an extension until February 1, 2018 to file a completed Chapter 13 petition and plan.

FURTHER ORDERED:

_____
U.S. Bankruptcy Judge      jah

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy Scully  
      Debtor

Case No. 18-20034-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jan 23, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db          +Timothy Scully,   1 columbia Avenue,   Carnegie, PA 15106-1474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:  
      Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,  
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
      James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
      Julie Frazee Steidl   on behalf of Debtor Timothy Scully julie.steidl@steidl-steinberg.com,  
       leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                            TOTAL: 5