IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20034 GLT |
| Timothy Scully, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 33 |
| Timothy Scully, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Bank of America, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>May 24, 2018</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>Electronic Notification</u>.

EXECUTED ON:


Chapter 13 Trustee
LMP@chatper13trusteedpa.com


                By: <u>/s/ Julie Frazee Steidl</u>
                Julie Frazee Steidl, Esquire
                Attorney for the Debtor

                STEIDL & STEINBERG
                Suite 2830, Gulf Tower
                707 Grant Street
                Pittsburgh, PA 15219
                (412) 391-8000
                Julie.steidl@steidl-steinberg.com
                PA I.D. No. 35937

**PAWB Local Form 7 (07/13)**