# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** TIMOTHY SCULLY
- **Case Number:** 18-20034-GLT        **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 12, 2018 02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#20 - Final Confirmation of Plan Dated 1/3/2018 (NFC)
R / M #: 20 / 0

### Appearances:

- Debtor: Lamb
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _Oct 11, 2018_ at _2:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/5/2018    9:28:55AM