# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** TIMOTHY SCULLY
**Case Number:** 18-20034-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 11, 2018 02:00 PM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#20 - Continued Confirmation of Plan Dated 1/3/2018 (NFC)
R / M #:  20 / 0

### Appearances:

Debtor: J Sleidl
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __1/10/19__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Case is in loss mit.

10/3/2018  4:07:30PM