IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20034 GLT |
| Timothy Scully, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 48 |
| Timothy Scully, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Bank of America, | : | |
| Respondent | : | |

**<u>CERTIFICATE OF SERVICE</u>**

    I, the undersigned, hereby certify that on October 17, 2018, a true and correct copy of the *Modified Default Order of Court dated October 17, 2018* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Timothy Scully
1 Columbia Avenue
Carnegie, Pa 15106

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, Pa 19106

Date of Service: October 17, 2018

/s/ Julie Frazee Steidl_____
Julie Frazee Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Julie.steidl@steidl-steinberg.com
PA I.D. No. 35937