**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                       Bankruptcy Case No.: 18−20034−GLT
                                                                             Related Dkt. No. 56
                                                                             Chapter: 13
                                                                             Docket No.: 58 − 56
                                                                             Conciliation Conference Date: 1/10/19 at 02:00 PM

**Timothy Scully**
**aka Tim B. Scully**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____        _____
                        (Date)                                                                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy Scully
     Debtor

Case No. 18-20034-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Oct 26, 2018
                       Form ID: 150    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
db          +Timothy Scully,    1 columbia Avenue,    Carnegie, PA 15106-1474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:
         James    Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Julie Frazee Steidl     on behalf of Debtor Timothy    Scully julie.steidl@steidl-steinberg.com,
          leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
          tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 5