FILED
1/15/20 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20034-GLT |
| | : | Chapter: | 13 |
| Timothy Scully | : | | |
| | : | | |
| | : | Date: | 1/15/2020 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

*MATTER:*   # 66 Application to Employ Maria Ball as Realtor Nunc Pro Tunc
# 78 - CNO filed

Tentative Ruling: The Court requires a hearing on the employment application to the extent the real estate agent seeks a commission in excess of 6%. The Debtor shall be prepared to address the reasonableness of the commission under the circumstances of this case.

*APPEARANCES:*
   Debtor:   Julie Frazee Steidl
   Trustee:   Kate DeSimone

*NOTES:* (9:33)

Court: The real estate agent seeks a commission in excess of the usual commission rate.

Steidl: I spoke to the agent, and they're willing to do 6%.

Court: I will approve the application with the commission percentage modified to 6%.

*OUTCOME:*

1. Debtor's *Application to Employ Maria Ball as Realtor Nunc Pro Tunc* [Dkt. No. 66] is GRANTED as modified. O/E

**DATED:** 1/15/2020