IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-20034 GLT |
| ) | Chapter: 13 |
| Timothy Scully, ) | |
| *Debtor* ) | Related to Docket No. 80 |
| ) | |
| Timothy Scully, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Bank of America, Amazon Chase Visa, Capital One ) | |
| Bank, Discover, Macy's, PNC Visa, Verizon, ) | |
| Office of the US Trustee and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 16, 2020, a true and correct copy of the *Order of Court dated January 15, 2020* was served by U. S. First Class Mail, postage prepaid, and Electronic Mail, upon the following persons and parties:

**First Class Mail- U.S.P.S.**

All Parties on the Attached Mailing Matrix

**Electronic Mail:**
Maria Ball: mariaball@tprsold.com

Date of Service: January 16, 2020                         /s/ Julie Frazee Steidl
                                                          Julie Frazee Steidl, Esquire
                                                          Attorney for the Debtors
                                                          STEIDL & STEINBERG
                                                          Suite 2830, Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          julie.steidl@steidl-steinberg.com
                                                          PA I.D. No. 35937