IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-20034 GLT |
| ) | Chapter: 13 |
| Timothy Scully, ) | |
|    *Debtor* ) | Related to Docket No. 80 |
| ) | |
| Timothy Scully, ) | |
|    *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Bank of America, Amazon Chase Visa, Capital One ) | |
| Bank, Discover, Macy's, PNC Visa, Verizon, ) | |
| Office of the US Trustee and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|    *Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on January 16, 2020, a true and correct copy of the *Order of Court dated January 15, 2020* was served by U. S. First Class Mail, postage prepaid, and Electronic Mail, upon the following persons and parties:

**First Class Mail- U.S.P.S.**

All Parties on the Attached Mailing Matrix

**Electronic Mail:**
Maria Ball: mariaball@tprsold.com

| | |
|---|---|
| Date of Service: January 16, 2020 | /s/ Julie Frazee Steidl |
| | Julie Frazee Steidl, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | julie.steidl@steidl-steinberg.com |
| | PA I.D. No. 35937 |

```
Label Matrix for local noticing        Amazonchase Visa                        BANK OF AMERICA, N.A.
0315-2                                  PO Box 960013                           P.O. Box 31785
Case 18-20034-GLT                       Orlando, FL 32896-0013                  TAMPA, FL 33631-3785
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jan 16 11:09:31 EST 2020

Maria Ball                              (p)BANK OF AMERICA                      Bank of America, N.A.
Berkshire Hathaway HomeServices         PO BOX 982238                           P O Box 982284
The Preferred Realty                    EL PASO TX 79998-2238                   El Paso, TX 79998-2284
1797 N. Highland Road
Pittsburgh, PA 15241-1205

Capital  One Bank                       Department Store National Bank         Department Stores National Bank
PO Box 71083                            PO Box 657                             Citibank, N.A.
Charlotte, NC 28272-1083                Kirkland, WA 98083-0657                701 East 60th Street North
                                                                                Sioux Falls, SD 57104-0493

Department Stores National Bank         Discover                                Discover Bank
c/o Quantum3 Group LLC                  PO Box 742655                           Discover Products Inc
PO Box 657                              Cincinnati, OH 45274-2655               PO Box 3025
Kirkland, WA  98083-0657                                                        New Albany, OH  43054-3025

Duquesne Light Company                  Keri P. Ebeck                           MIDLAND FUNDING LLC
c/o Bernstein-Burkley, P.C.             Bernstein-Burkley                       PO BOX 2011
707 Grant Street, Suite 2200, Gulf Tower 707 Grant Street                       WARREN, MI 48090-2011
Pittsburgh, PA 15219-1945               Suite 2200 Gulf Tower
                                        Pittsburgh, PA 15219-1945

Macy's                                  Office of the United States Trustee     PNC Bank, National Association
PO Box 4589                             Liberty Center.                         PO Box 94982
Carol Stream, IL 60197-4589             1001 Liberty Avenue, Suite 970          Cleveland, OH 44101-4982
                                        Pittsburgh, PA 15222-3721

PNC Visa                                Pennsylvania Dept. of Revenue           Rebecca Solarz, Esq.
P.O. Box 856177                         Department 280946                       KML Law Group
Louisville, KY 40285-6177               P.O. Box 280946                         BNY Mellon Independence Center, Ste 5000
                                        ATTN: BANKRUPTCY DIVISION               701 Market Street
                                        Harrisburg, PA 17128-0946               Philadelphia, PA 19106-1538

Timothy Scully                          Julie Frazee Steidl                     UPMC Physician Services
1 columbia Avenue                       707 Grant Street Suite 2830             PO Box 1123
Carnegie, PA 15106-1474                 Gulf Building.                          Minneapolis, MN 55440-1123
                                        Pittsburgh, PA 15219-1932

Verizon                                 James Warmbrodt                         Ronda J. Winnecour
by American InfoSource LP as agent      KML Law Group, P.C.                     Suite 3250, USX Tower
PO Box 248838                           701 Market Street                       600 Grant Street
Oklahoma City, OK  73124-8838           Suite 5000                              Pittsburgh, PA 15219-2702
                                        Philadelphia, PA 19106-1541
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America              (d)Bank of America           (d)Bank of America Visa
PO Box 982234                PO Box 982238                PO Box 15019
El Paso, TX 79998            El Paso, TX 79998-2238       Wilmington, DE 19886-5019
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANK OF AMERICA, N.A.      (d)Bank of America, N.A.    (d)Duquesne Light Company
                              P.O. Box 31785              c/o Bernstein-Burkley, P.C.
                              Tampa, FL 33631-3785        707 Grant St., Suite 2200, Gulf Tower
                                                          Pittsburgh, PA 15219-1945


(u)Verizon Account            End of Label Matrix
                              Mailable recipients   26
                              Bypassed recipients    4
                              Total                 30
```