FILED
1/15/20 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-20034 GLT |
| ) | Chapter: 13 |
| Timothy Scully, ) | |
| *Debtor* ) | Docket No. |
| ) | |
| Timothy Scully, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Bank of America, Amazon Chase Visa, Capital One ) | |
| Bank, Discover, Macy's, PNC Visa, Verizon, ) | |
| Office of the US Trustee and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

### ORDER APPROVING RENTION OF REALTOR/BROKER

AND NOW, to wit, this __15th__ day of __January__, ~~2019~~ 2020, upon consideration of the *Application to Employ Realtor to Sell Debtor's Real Property*, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date of the signing of the listing agreement on October 26, 2019.

2. Maria Ball, and Berkshire Hathaway HomeServices The Preferred Realty, 1797 N. Highland Road, Pittsburgh, PA 15241, is hereby appointed as **Realtor** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Movant's agent in connection with the sale of real estate located at 1 Columbia Avenue, Carnegie, PA 15106. A realtor commission in the amount of $295.00 plus the greater of 6% of the sales price or $4,000.00 is tentatively approved, subject to final Court order.

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services,

   the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____
Honorable Judge Gregory L. Taddonio
U.S. Bankruptcy Judge

CC:   Ronda J. Winnecour, Trustee
      Timothy Scully, Debtor
      Julie Frazee Steidl, Counsel for the Debtor
      Maria Ball, and Berkshire Hathaway HomeServices The Preferred Realty
      Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy Scully
      Debtor

Case No. 18-20034-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jan 15, 2020
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db         #+Timothy Scully,   1 columbia Avenue,    Carnegie, PA 15106-1474
r           +Maria Ball,   Berkshire Hathaway HomeServices,    The Preferred Realty,    1797 N. Highland Road,    Pittsburgh, PA 15241-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Timothy  Scully julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                         TOTAL: 5