# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
  Timothy Scully )
) **Bankruptcy No.** 18-20034-GLT
)
)
**Filing Party Name and Address:** )
Julie Frazee Steidl )
707 Grant Street Suite 2830 )
Gulf Building.
Pittsburgh, PA 15219

### Request for Filing Fee

A **Motion to Sell Property Free and Clear of Liens under Section 363(f)** was filed in the above-referenced case on **February 28, 2020**.

The proper filing fee did not accompany this document ("NFR" was entered in the Receipt Number box during the filing of the motion, thus bypassing the payment of the fee electronically).  A check in the amount of $**181.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court
    Western District of Pennsylvania
    5414 U.S. Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219

Date:  March 4, 2020      By:  Lee Katsafanas
    Deputy Clerk

**Instructions for Deputy Clerk:**      Filing Fee Paid:  $
Original and copy to filing party      Receipt No.
Copy attached to document
Copy to Financial Administrator

#92e-I