Bankruptcy Notice. Case Number: 18-20034 GLT. Debtor: Timothy Scully

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania  } SS:
County of Allegheny,  }

I, Melanie Goodwin, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

Mar 20, 2020

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

April 3, 2020
Date

_Melanie L. Goodwin_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

### Bankruptcy Notice

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Timothy Scully
Bankruptcy Number: 18-20034 GLT
Notice Of Sale To Creditors And Other Parties In Interest

Notice is hereby given that Julie Frazee Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Debtor, Timothy Scully, has received an offer of $157,000.00. This offer is for the Debtor's real property being known as 1 Columbia Avenue, Carnegie, PA 15106 in Allegheny County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on April 8, 2020 at 9:30 AM for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Julie Frazee Steidl, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, 412-391-8000.

20-01144 Mar 20, 2020

Alyssa Fehl
Steidl & Steinberg
Gulf Tower
707 Grant St.
Pittsburgh, PA 15219

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates... | $213.15 |
| Proof Fees .................................................. | $0.00 |
| Total ........................................................ | $213.15 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 20-01144

Scanned by CamScanner