FILED
4/8/20 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20034-GLT |
| | : | Chapter: | 13 |
| Timothy Scully | : | | |
| | : | | |
| | : | Date: | 4/8/2020 |
| Debtor(s). | : | Time: | 09:30 |

## PROCEEDING MEMO

***MATTER:***     # 84 Motion to Sell Property Free and Clear of Liens under Section 363(f) .
            Re: 1 Columbia Avenue, Carnegie, PA 15106.
                    # 88 - CNO filed
           # 89 - Proof of Publication of Notice of Sale in Pittsburgh Post Gazette
           # 90- Proof of Publication of Notice of Sale in the Pittsburgh Legal Journal

***APPEARANCES:***

     Debtor:     Abagale Steidl
     Trustee:    Owen Katz

***NOTES:*** (9:58)

Steidl: I uploaded an order this morning with all the blanks filled in [Dkt. No. 91]. The sale price is $157,000, a realtor was appointed, and the sale was advertised. The debtor will receive an exemption of $23,000.

Court: I will note for the record there is no one in the courtroom today.

 [Property exposed for sale]

Court: Hearing no other offers, I will approve the sale. All other contingencies have been satisfied?

Steidl: Yes.

Court: And the sale can still go forward with everything going on?

Steidl: Yes, because they signed the agreement before this all occurred.

***OUTCOME:***

1. Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: 1 Columbia Avenue, Carnegie, PA 15106 [Dkt. No. 84] is GRANTED. [HT to Issue Proposed Order at Dkt. No. 91]

**DATED:** 4/8/2020