IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-20034 GLT |
| | ) | Chapter: 13 |
| Timothy Scully, | ) | |
|    *Debtor* | ) | Related to Docket No. 93 |
| | ) | |
| Timothy Scully, | ) | |
|    *Movant* | ) | |
| | ) | |
|    VS. | ) | |
| | ) | |
| Bank of America, Amazon Chase Visa, Capital One | ) | |
| Bank, Discover, Macy's, PNC Visa, Verizon, | ) | |
| Office of the US Trustee and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 15, 2020, a true and correct copy of the *Order Confirming Chapter 13 Sale of Property Free and Divested of Liens,* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

| | |
|---|---|
| United States of America<br>C/o US Attorneys Office<br>United States Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | Lisa Walker, Realtor for Buyer<br>Berkshire Hathaway HomeServices<br>The Preferred Realty<br>995 Beaver Grade Road, Suite C1<br>Moon Township, PA 15108 |
| Ronald W. & Mollie Litke<br>616 West Chester C4<br>Carnegie, PA 15106 | |

| | |
|---|---|
| <u>April 15, 2020</u><br>DATE | /s/ Julie Frazee Steidl<br>Julie Frazee Steidl, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>Julie.steidl@steidl-steinberg.com<br>PA I. D. No.  35937 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-20034-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Apr 15 12:59:46 EDT 2020 | Amazonchase Visa<br>PO Box 960013<br>Orlando, FL 32896-0013 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 |
| Maria Ball<br>Berkshire Hathaway HomeServices<br>The Preferred Realty<br>1797 N. Highland Road<br>Pittsburgh, PA 15241-1205 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Department Store National Bank<br>PO Box 657<br>Kirkland, WA 98083-0657 | Department Stores National Bank<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover<br>PO Box 742655<br>Cincinnati, OH 45274-2655 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Macy's<br>PO Box 4589<br>Carol Stream, IL 60197-4589 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH 44101-4982 |
| PNC Visa<br>P.O. Box 856177<br>Louisville, KY 40285-6177 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Rebecca Solarz, Esq.<br>KML Law Group<br>BNY Mellon Independence Center, Ste 5000<br>701 Market Street<br>Philadelphia, PA 19106-1538 |
| Timothy Scully<br>1 columbia Avenue<br>Carnegie, PA 15106-1474 | Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998 | (d)Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (d)Bank of America Visa<br>PO Box 15019<br>Wilmington, DE 19886-5019 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (u)Verizon Account | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     4<br>Total                  30 | |