IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-20034 GLT |
| | ) | Chapter 13 |
| Timothy Scully, | ) | Docket No. |
| *Debtor* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through his attorney Julie Frazee Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Timothy Scully, had an address of 1 Columbia Avenue, Carnegie, PA 15106.

2. The debtor has since moved and the new address is 1290 Cardinal Drive, Pittsburgh, PA 15243.

WHEREFORE, the debtor, Timothy Scully, respectfully files this Notice of Change of Address.

Respectfully submitted,

July 14, 2020
DATE

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
Julie.steidl@steidl-steinberg.com
PA ID #35937