**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy Scully**
**aka Tim B. Scully**
   Debtor(s)

Bankruptcy Case No.: 18–20034–GLT
Related Dkt. No. 98
Chapter: 13
Docket No.: 99 – 98
Concil. Conf.: September 10, 2020 at 10:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___3rd_____ day of __August_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class US Mail

on the respondent(s) at (list names and addresses here):

See attached mailing matrix.

Executed on _August 3, 2020_____    /s/ Julie Frazee Steidl_____
           (Date)           (Signature)

Julie Frazee Steidl, Esq., Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Amazonchase Visa                         BANK OF AMERICA, N.A.
0315-2                                   PO Box 960013                            P.O. Box 31785
Case 18-20034-GLT                        Orlando, FL 32896-0013                   TAMPA, FL 33631-3785
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Aug  3 11:57:22 EDT 2020

Maria Ball                               (p)BANK OF AMERICA                       Bank of America, N.A.
Berkshire Hathaway HomeServices          PO BOX 982238                            P O Box 982284
The Preferred Realty                     EL PASO TX 79998-2238                    El Paso, TX 79998-2284
1797 N. Highland Road
Pittsburgh, PA 15241-1205


Capital  One Bank                        Department Store National Bank          Department Stores National Bank
PO Box 71083                             PO Box 657                              Citibank, N.A.
Charlotte, NC 28272-1083                 Kirkland, WA 98083-0657                 701 East 60th Street North
                                                                                 Sioux Falls, SD 57104-0493


Department Stores National Bank          Discover                                Discover Bank
c/o Quantum3 Group LLC                   PO Box 742655                           Discover Products Inc
PO Box 657                               Cincinnati, OH 45274-2655               PO Box 3025
Kirkland, WA  98083-0657                                                         New Albany, OH  43054-3025


Duquesne Light Company                   Keri P. Ebeck                           MIDLAND FUNDING LLC
c/o Bernstein-Burkley, P.C.              Bernstein-Burkley                       PO BOX 2011
707 Grant Street, Suite 2200, Gulf Tower 707 Grant Street                        WARREN, MI 48090-2011
Pittsburgh, PA 15219-1945                Suite 2200 Gulf Tower
                                         Pittsburgh, PA 15219-1945


Macy's                                   Office of the United States Trustee     PNC Bank, National Association
PO Box 4589                              Liberty Center.                         PO Box 94982
Carol Stream, IL 60197-4589              1001 Liberty Avenue, Suite 970          Cleveland, OH 44101-4982
                                         Pittsburgh, PA 15222-3721


PNC Visa                                 Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue
P.O. Box 856177                          Bankruptcy Division                     Department 280946
Louisville, KY 40285-6177                P.O. Box 280946                         P.O. Box 280946
                                         Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                                                                 Harrisburg, PA 17128-0946


Rebecca Solarz, Esq.                     Timothy Scully                          Julie Frazee Steidl
KML Law Group                            1290 Cardinal Drive                     707 Grant Street Suite 2830
BNY Mellon Independence Center, Ste 5000 Pittsburgh, PA 15243-1208               Gulf Building.
701 Market Street                                                                Pittsburgh, PA 15219-1932
Philadelphia, PA 19106-1538


UPMC Physician Services                  Verizon                                 James Warmbrodt
PO Box 1123                              by American InfoSource LP as agent      KML Law Group, P.C.
Minneapolis, MN 55440-1123               PO Box 248838                           701 Market Street
                                         Oklahoma City, OK  73124-8838           Suite 5000
                                                                                 Philadelphia, PA 19106-1541


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998 | (d)Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (d)Bank of America Visa<br>PO Box 15019<br>Wilmington, DE 19886-5019 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (u)Verizon Account | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     4<br>Total                  31 | |