Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy Scully
aka Tim B. Scully**
  Debtor(s)

Bankruptcy Case No.: 18–20034–GLT
Issued Per Sep. 10, 2020 Proceeding
Chapter: 13
Docket No.: 104 – 98, 99
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 20, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H.  Additional Terms: The sale proceeds are dedicated to the plan to the extent needed to complete the plan at 100 percent to unsecured creditors.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 15, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 18-20034-GLT
Timothy Scully                                                    Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel              Page 1 of 2         Date Rcvd: Sep 15, 2020
                              Form ID: 149            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db             +Timothy Scully,    1290 Cardinal Drive,    Pittsburgh, PA 15243-1208
r              +Maria Ball,   Berkshire Hathaway HomeServices,     The Preferred Realty,    1797 N. Highland Road,
                 Pittsburgh, PA 15241-1205
14754016       +Amazonchase Visa,    PO Box 960013,    Orlando, FL 32896-0013
14754017      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982234,    El Paso, TX 79998)
14780350        Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
14791998       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14784331       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14754021        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
14754022       +Macy's,   PO Box 4589,    Carol Stream, IL 60197-4589
14792835       +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
14754023       +PNC Visa,   P.O. Box 856177,    Louisville, KY 40285-6177
14754024       +Rebecca Solarz, Esq.,    KML Law Group,    BNY Mellon Independence Center, Ste 5000,
                 701 Market Street,    Philadelphia, PA 19106-1538
14784320        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc-quantum@quantum3group.com Sep 16 2020 05:39:22
                 Department Store National Bank,    PO Box 657,   Kirkland, WA 98083-0657
14754020        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 05:49:42      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14983483        E-mail/Text: bnc-quantum@quantum3group.com Sep 16 2020 05:39:22
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14758791        E-mail/Text: mrdiscen@discover.com Sep 16 2020 05:38:44      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14789136       +E-mail/Text: kburkley@bernsteinlaw.com Sep 16 2020 05:42:23      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14778111       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2020 05:40:26      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14787188        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2020 05:48:58      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
14754025        Verizon Account
14768090        Verizon Account
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14768081*      +Amazonchase Visa,    PO Box 960013,    Orlando, FL 32896-0013
14768082*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982234,    El Paso, TX 79998)
14754018*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
14768083*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
14754019*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America Visa,     PO Box 15019,   Wilmington, DE 19886-5019)
14768084*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America Visa,     PO Box 15019,   Wilmington, DE 19886-5019)
14768085*      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14768086*       Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
14768087*      +Macy's,   PO Box 4589,    Carol Stream, IL 60197-4589
14768088*      +PNC Visa,   P.O. Box 856177,    Louisville, KY 40285-6177
14768089*      +Rebecca Solarz, Esq.,    KML Law Group,    BNY Mellon Independence Center, Ste 5000,
                 701 Market Street,    Philadelphia, PA 19106-1538
                                                                                   TOTALS: 3, * 14, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2            User: jhel                  Page 2 of 2           Date Rcvd: Sep 15, 2020
                                Form ID: 149                Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Julie Frazee Steidl    on behalf of Debtor Timothy  Scully julie.steidl@steidl-steinberg.com,
           leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 5
```