IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 18-20034 GLT |
| Timothy Scully, | ) | Chapter 13 |
| *Debtor* | ) | Docket No. |
| | ) | |
| | ) | |
| Timothy Scully, | ) | |
| *Movant* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 15, 2018 at docket number 31, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

September 17, 2020  
Date

/s/ Timothy Scully  
Debtor

Respectfully submitted,

September 23, 2020  
Date

/s/ Julie Frazee Steidl  
Julie Frazee Steidl, Esquire  
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Julie.steidl@steidl-steinberg.com  
PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**