**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TIMOTHY SCULLY

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:18-20034

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 24, 2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2018 and confirmed on 3/16/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 80,367.59 |
| Less Refunds to Debtor | 5,784.69 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,582.90 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,250.00 | |
| Trustee Fee | 4,548.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,798.31 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BANK OF AMERICA NA** Acct: 8094 | 2,105.83 | 2,105.83 | 0.00 | 2,105.83 |
| BANK OF AMERICA NA Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** Acct: 8094 | 2,338.50 | 2,338.50 | 0.00 | 2,338.50 |
| BANK OF AMERICA NA** Acct: 8094 | 16,932.20 | 16,932.20 | 0.00 | 16,932.20 |
| BANK OF AMERICA NA** Acct: 8094 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 21,376.53 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TIMOTHY SCULLY Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TIMOTHY SCULLY Acct: | 5,784.69 | 5,784.69 | 0.00 | 0.00 |
| STEIDL & STEINBERG Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* Acct: 9102 | 77.43 | 77.43 | 0.00 | 77.43 |
| AMAZON CREDIT CARD++ Acct: 5961 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA** Acct: 7006 | 10,258.16 | 10,258.16 | 0.00 | 10,258.16 |
| MIDLAND FUNDING LLC Acct: 8777 | 11,520.47 | 11,520.47 | 0.00 | 11,520.47 |
| DISCOVER BANK(*) Acct: 2762 | 15,032.56 | 15,032.56 | 0.00 | 15,032.56 |
| DEPARTMENT STORES NATIONAL BANK | 332.66 | 332.66 | 0.00 | 332.66 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9141 | | | | |
| | PNC BANK NA | 7,459.09 | 7,459.09 | 0.00 | 7,459.09 |
| | Acct: 1258 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LF | 559.69 | 559.69 | 0.00 | 559.69 |
| | Acct: 0001 | | | | |
| | UPMC PHYSICIAN SERVICES | 168.00 | 168.00 | 0.00 | 168.00 |
| | Acct: 1543 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9141 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 45,408.06 |

| TOTAL PAID TO CREDITORS | 66,784.59 |
|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,376.53 |
| UNSECURED | 45,408.06 |

Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TIMOTHY SCULLY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-20034<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _______________day of __________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re: Timothy Scully
Debtor(s)

Case No. 18-20034-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: jhel | Page 1 of 3
Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Scully, 1290 Cardinal Drive, Pittsburgh, PA 15243-1208 |
| r | + | Maria Ball, Berkshire Hathaway HomeServices, The Preferred Realty, 1797 N. Highland Road, Pittsburgh, PA 15241-1205 |
| 14754016 | + | Amazonchase Visa, PO Box 960013, Orlando, FL 32896-0013 |
| 14754017 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 14780350 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14791998 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14784331 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14754022 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 4589, Carol Stream, IL 60197 |
| 14754021 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14792835 | + | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 14754023 | + | PNC Visa, P.O. Box 856177, Louisville, KY 40285-6177 |
| 14754024 | + | Rebecca Solarz, Esq., KML Law Group, BNY Mellon Independence Center, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14784320 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2020 03:43:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14754020 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:35 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14983483 | | Email/Text: bnc-quantum@quantum3group.com | Nov 26 2020 03:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14758791 | | Email/Text: mrdiscen@discover.com | Nov 26 2020 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14789136 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14778111 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14792835 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101-4982 |
| 14787188 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 26 2020 03:36:01 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 14754025 | | Verizon Account |
| 14768090 | | Verizon Account |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14768081 | *+ | Amazonchase Visa, PO Box 960013, Orlando, FL 32896-0013 |
| 14768082 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998 |
| 14754018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14768083 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14754019 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America Visa, PO Box 15019, Wilmington, DE 19886-5019 |
| 14768084 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America Visa, PO Box 15019, Wilmington, DE 19886-5019 |
| 14768085 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14768087 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 4589, Carol Stream, IL 60197 |
| 14768086 | * | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14768088 | *+ | PNC Visa, P.O. Box 856177, Louisville, KY 40285-6177 |
| 14768089 | *+ | Rebecca Solarz, Esq., KML Law Group, BNY Mellon Independence Center, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 3 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Timothy Scully julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Imaged Certificate of Notice Page 7 of 7

District/off: 0315-2 User: jhel Page 3 of 3
Date Rcvd: Nov 25, 2020 Form ID: pdf900 Total Noticed: 20

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5